```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :
TOMAS MALDONADO,                                          :
                                                          :      ORDER OF DISCONTINUANCE
                    Plaintiff,                            :      17 Civ. 8961 (GWG)
                                                          :
        -v.-                                              :
                                                          :
1325 CCPJ CORP., et al.,                                  :
                                                          :
                    Defendants.                           :
-----------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     This case contains claims under the Fair Labor Standards Act. On August 2, 2018, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In a filing dated September 6, 2018 (Docket # 32), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement, the Court find that it is fair and reasonable. The settlement is approved.

     Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

     Any pending motions are moot. The Clerk is requested to close the case.

SO ORDERED.

Dated: September 6, 2018
        New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge